

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT
FILED
AUG 1 7 2007
S.D. OF N.Y. W.P.

------------------------------------------

TRUSTEES OF THE DISTRICT COUNCIL 9 PAINTING  )
INDUSTRY INSURANCE AND ANNUITY FUNDS,        )   Index No.: 07-CIV-5800 (KMK)
                                             )
                                             )
                    Plaintiffs,              )        ORDER TO SHOW
                                             )         CAUSE FOR
                                             )      DEFAULT JUDGMENT
              -against-                       )
                                             )
JAMERICA CONTRACTORS INC.,                   )
                                             )
                    Defendant.               )

------------------------------------------

KARAS, SK. D.J.:

        Upon the annexed supporting affidavit of Dana L. Henke and upon consideration of

Plaintiffs' request for Entry of Final Judgment by Default and the exhibits annexed thereto, it is hereby

        ORDERED, that the defendant show cause at a conference to be held on the 27 day of

August, 2007 at 10:15 o'clock a.m. before the Honorable Kenneth M. Karas in White Plains

Courtroom 21D 521 of that day or as soon thereafter as counsel can be heard why a Judgment by Default

should not be entered in favor of Plaintiffs for the relief requested in the Complaint, and it is further

        ORDERED, that objections to the relief requested herein or answering papers, if any,

shall be served upon Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLLC, Attn: Dana L. Henke,

258 Saw Mill River Road, Elmsford, NY 10523 by the 23 day of August, 2007; and

it is further

        ORDERED, that service of a copy of this Order and supporting papers be made upon

Defendant, Jamerica Contractors Inc. by First Class Mail on or before the 20th day of

_____August_____, 2007, and such service shall be deemed good and sufficient service.

Dated: White Plains, New York
       August 17        , 2007

SO ORDERED

KENNETH M. KARAS, U.S.D.J.