## CERTIFICATE OF SERVICE

STATE OF NEW YORK      )
                       ss.:
COUNTY OF WESTCHESTER)

    I, Resa Bernardini, being duly sworn, deposes and says:

    I am not a party to the within action, am over the age of 18 years and reside in Westchester County, New York. That on August 29, 2007, I served a true copy of the Order to Show Cause for Default Judgment with supporting papers by mailing a true copy of same enclosed in a post-paid wrapper in an official depository by First Class Mail under the exclusive care and custody of the United States Postal Service within New York State, addressed as follows:

    JAMERICA CONTRACTORS INC.
    3955 PAULDING AVENUE
    BRONX, NY 10466

_____
Resa Bernardini

Sworn to before me this
___ day of August, 2007

_____
Notary Public

CHRISTIE S. ROOS
Notary Public, State of New York
No. 01RO6014276
Qualified in Westchester County
Commission Expires October 6, 2010