UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE DISTRICT COUNCIL 9 PAINTING )
INDUSTRY INSURANCE AND ANNUITY FUNDS, ) Index No. 07-CIV-5800 (KMK)
                                                                                    ) AMENDED
                                         Plaintiffs, ) CLERK'S CERTIFICATE

-against-

JAMERICA CONTRACTORS INC.,
                                         Defendant.

---

       I, J. MICHAEL MCMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that the docket entries in the above-entitled action indicate that this action commenced on June 19, 2007 with the filing of the Summons and Complaint; a copy of the Summons and Complaint was served on defendant via Secretary of State on June 26, 2007 and proof of such service thereof was filed on July 9, 2007.

       I further certify that docket entries indicate that the Defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant is hereby noted.

Dated:  White Plains, New York
              2007

                                                                     J. MICHAEL MCMAHON
                                                                         Clerk of the Court

                                                                    By: _____
                                                                          Deputy Clerk