UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE DISTRICT COUNCIL 9 PAINTING  )
INDUSTRY INSURANCE AND ANNUITY FUNDS,        )  Index No. 07-CIV-5800 (KMK)
                                             )
                                             )  AMENDED
                         Plaintiffs,         )  DEFAULT JUDGMENT
                                             )
                                             )
      -against-                              )
                                             )
JAMERICA CONTRACTORS INC.,                   )
                         Defendant.          )
                                             )

---

This action having been commenced on June 19, 2007 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the Defendant, Jamerica Contractors Inc. on June 26, 2007 via Secretary of State and said Proof of Service having been filed with the Clerk of the Court on July 9, 2007 and the defendant not having appeared, answered or otherwise moved with respect to the Complaint within the time allowed by law, and the time for appearing, answering or otherwise moving having expired it is,

ORDERED, ADJUDGED AND DECREED: that the plaintiff have judgment against defendant in the liquidated amount of Four Thousand Seven Hundred and Eleven Dollars and Sixty Three Cents ($4,711.63), which includes the following: the principal amount owed in late charges in the sum of $2,521.63 for the period May 2, 2006 through to and including October 19, 2006, attorneys' fees in the sum of $1,800.00; plus court costs and disbursements of this action in the sum of $390.00.

ORDERED, that the Judgment rendered by the Court on this day in favor of the Plaintiff's be entered as a final judgment against Defendant and the Clerk of the Court is directed to enter such judgment forthwith.

Dated: White Plains, New York
           2007

So Ordered:

_____
Honorable Kenneth M. Karas, U.S.D.J.