UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE DISTRICT COUNCIL 9 PAINTING )
INDUSTRY INSURANCE AND ANNUITY FUNDS, ) Index No. 07-CIV-5800 (KMK)
                                             Plaintiffs, )    AMENDED
                                                    ) STATEMENT OF DAMAGES
    -against- )
JAMERICA CONTRACTORS INC., )
                                  Defendant. )

---

Principal amount due.............................................................................. $ 2,521.63
for the period May 2, 2006 through to October 19, 2006

Attorneys' Fees ..................................................................................... $ 1,800.00

Court Costs & Disbursements:

    Filing Fees (Index)......................................................................... $ 350.00
    Process Server Fee......................................................................... $   40.00


**GRAND TOTAL:**................................................................................ $ 4,711.63