UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE DISTRICT COUNCIL 9 PAINTING )
INDUSTRY INSURANCE AND ANNUITY FUNDS, ) Index No. 07-CIV-5800 (KMK)
                                                                                                     ) AMENDED
                                                              Plaintiffs, ) REQUEST FOR ENTRY OF
                                                                                 ) DEFAULT JUDGMENT
        -against- )
)
JAMERICA CONTRACTORS INC., )
                                                               Defendant. )

---

TO:    Clerk of the United States District Court for the
         Southern District of New York

Pursuant to the Affidavit for Entry of Default Judgment attached hereto, Defendant, Jamerica Contractors Inc. having failed to appear or answer the Summons and Complaint, you are requested to enter a Default Judgment in favor of Plaintiffs, Trustees of the District Council 9 Painting Industry Insurance and Annuity Funds against the Defendant, Jamerica Contractors Inc. in the sum of $4,711.63, which includes principal, interest, attorneys' fees, court costs and disbursements.

Dated: Elmsford, New York
          August 16, 2007

                                                                                                      _/s/ Dana L. Henke_
                                                                                                        Dana L. Henke (DLH3025)
                                                                                                         Barnes, Iaccarino, Virginia,
                                                                                                        Ambinder & Shepherd, PLLC
                                                                                  258 Saw Mill River Road
                                                                                  Elmsford, New York 10523
                                                                                  (914) 592-1515